1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE BURLINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>MINADORA HOLDINGS, LLC; JARVIS ENTERPRISES, INC. dba ORANGE PRECISION METAL FABRICATION; WEST COAST STORM, INC; and MARVIN W. DURMENT,<br><br>    Defendants. | Case No. 2:13-cv-05349-JAK-E<br><br>JUDGMENT<br><br>JS-6 |
|---|---|

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

  Judgment is entered in favor of plaintiff The Burlington Insurance Company ("Burlington") and against defendants Minadora Holdings, LLC ("Minadora"); Jarvis Enterprises, Inc. dba Orange Precision Metal Fabrication ("OP"); West Coast Storm, Inc. ("West Coast") and Marvin W. Durment ("Durment").

  It is hereby declared and adjudged that:

1. There is and was no coverage for the counterclaims asserted by Durment against OP, Minadora and/or West Coast in *Jarvis v. Durment*, No. RIC 527161 in the Superior Court of the State of California for the County of Riverside (the "Underlying Action") under any insurance policy issued by Burlington;

2. Burlington had no duty to defend OP, Minadora or West Coast in the Underlying Action;

3. Burlington has no duty to pay Durment or to indemnify OP, Minadora or West Coast for any portion of the settlement of the Underlying Action;

4. An award of costs may be recovered, in an amount to be determined, following the filing of the appropriate application and the consideration of any objections.

Dated: April 8, 2015

_____
John A. Kronstadt
United States District Judge

4810-5604-2018, v. 1